Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| **SUSAN SNYDER**, | ) Case No. 2:11-cv-01379-RAJ |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S SUR-REPLY TO** |
| vs. | ) **DEFENDANT'S REPLY RE:** |
| | ) **DEFENDANT'S MOTION FOR** |
| **DANIEL N. GORDON, P.C., et al.** | ) **SUMMARY JUDGMENT** |
| | ) |
| Defendants. | ) |

Plaintiff, Susan Snyder, pursuant to Local Rule CR 7(g), hereby respectfully submits this sur-reply for the limited purpose of requesting that the Court strike material contained in Defendant, Daniel N. Gordon, P.C.'s reply to Plaintiff's response to Defendant's motion for summary judgment. Local Rule CR 7(e)(3) provides that reply briefs in support of motions for summary judgment shall not exceed 12 pages, absent leave of Court. Defendant's reply brief is 15 pages. (Doc. 28). Defendant did not move for, nor has it been granted, leave to exceed the page limits specified in the local rules. Defendant's reply brief should be stricken, or the material presented beyond the twelfth page should not be considered.

Respectfully submitted this 23rd day of July, 2012.

s/Dennis R. Kurz
Dennis R. Kurz (WSB# 43735)
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602

---

Plaintiff's Sur-Reply to Defendant's Reply re: Defendant's Motion for Summary Judgment - 1
Case No. 2:11-cv-01379-RAJ

WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
888-595-9111 ext 412

Phoenix, AZ 85012
Telephone: 888-595-9111 ext 412
Facsimile: 866-565-1327
dkurz@attorneysforconsumers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

J. Kurt Kraemer
McEwen Gisvold, LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland OR 97204
kurtk@mcewengisvold.com

s/Dennis R. Kurz
Dennis R. Kurz

Plaintiff's Sur-Reply to Defendant's Reply re: Defendant's Motion for Summary Judgment - 2
Case No. 2:11-cv-01379-RAJ

WEISBERG & MEYERS, LLC
5025 N. Central Ave.  #602
Phoenix, AZ 85012
888-595-9111 ext 412