HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SNYDER,

           Plaintiff,

   v.

DANIEL N. GORDON, P.C., et al.,

           Defendants.

CASE NO. C11-1379RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    Plaintiff filed a surreply (Dkt. # 30) without giving notice, in violation of Local Rules W.D. Wash. CR 7(g)(1).  Defendants responded by filing a motion (Dkt. # 31) that they noted for the same day they filed it, in violation of Local Rules W.D. Wash. CR 7(d).

    Both of these improperly filings air a dispute over the length of Defendants' recent reply brief (Dkt. # 28), which is a page and a quarter longer than the court's local rules permit.  The court directs the parties to seriously consider whether it is an appropriate use of their clients' resources or the court's time to argue over a page and a quarter of briefing, much less to resort to motion practice to resolve that argument.

MINUTE ORDER- 1

1 | The clerk shall STRIKE Plaintiff's surreply (Dkt. # 30) and TERMINATE
2 | Defendants' motion (Dkt. # 31).
3 | Dated this 25th day of July, 2012.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER- 2